**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN CAVANAUGH,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC., a corporation; JEFFREY A. WEISZ, M.D., et al.; KAISER PERMANENTE NURSE ANESTHETIST ASSOCIATION, a group, and DOES 1 through 500, Inclusive,<br><br>    Defendants. | Case No. CV 064930 GW (JTLx)<br><br>ASSIGNED TO HON. GEORGE WU<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP AND JEFFREY A. WEISZ, M.D.** |

The Court, having granted summary judgment in favor of Defendants Southern California Permanente Medical Group and Jeffrey A. Weisz, M.D. (collectively "Defendants"), hereby orders and adjudges that that Plaintiff take nothing from Defendants, that this action be dismissed against Defendants on the merits, and that Defendants recover from Plaintiff their costs of suit.

DATED: 09/22/08

_____
HON. GEORGE WU

**JUDGMENT**

LA1 6724510.1